AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Milazzo, Jane T. | 2. Court or Organization<br><br>United States District Court, Easter District of Louisiana | 3. Date of Report<br><br>01/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>500 Poydras Street, Room C-206<br>New Orleans, Louisiana 70130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | MJ Holding Company |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Interest in one outstanding personal injury claim, no control - Settled in 2014 (see Part III) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Thomas A Gennusa Settlement - personal injury settlement | $146,667.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LA Association of Defense Councel | 6/13/14-6/22/14 | Salzberg, Austria | Teach CLE | Travel, Lodging, Airfare, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Milazzo, Jane T.** | 01/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First NBC Bank | Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 01/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Campus Federal Credit Union Checking/ Savings Accounts | A | Interest | L | T | | | | | See Note in Part VIII |
| 2. St. Tammany Parish Wide Sch LA Bonds | A | Interest | J | T | | | | | |
| 3. Webster Parish LA Sch Dis 6 Bonds | A | Interest | J | T | | | | | |
| 4. E.I. du Ponit de Nemours & Co Stock | B | Dividend | K | T | | | | | |
| 5. Driehaus Mut Fd Emerg Mkt Gro | A | Dividend | J | T | Sold (part) | 10/15/14 | K | A | |
| 6. Schwab Cap Laudus Intl Mk Master | B | Dividend | J | T | | | | | |
| 7. Royce Opportunity Fund | A | Dividend | L | T | | | | | |
| 8. Vanguard Index Fd Sml Cp Grw Inv | A | Dividend | M | T | | | | | |
| 9. SPDR S&P 500 Trust | A | Dividend | L | T | | | | | See Note in Part VIII |
| 10. Columbia Property Trust,Inc. | B | Dividend | K | W | | | | | See Note in Part VIII |
| 11. Columbia Property Trust,Inc. | | None | | | Merged (with line 10) | 07/01/14 | J | | See Note in Part VIII |
| 12. MetLife Mod/Agg Allocation Portfolio | | None | | | Distributed | 08/12/14 | O | | See Note in Part VIII |
| 13. MetLife Universal Life Cash Surrender Value | | None | K | T | | | | | |
| 14. FMT/DFA Real Estate Securities | | None | K | T | | | | | |
| 15. FMT/DFA International Real Estate | | None | K | T | | | | | |
| 16. FMT/DFA Commodity Strategy Portfolio | | None | K | T | Sold (part) | 11/01/14 | K | A | |
| 17. FMT/DFA US Large Cap Value | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FMT/DFA International Value | | None | | | Sold | 11/01/14 | L | A | |
| 19. FMT/DFA International Small Cap Value | | None | L | T | | | | | |
| 20. FMT/DFA Emerging Markets Value | | None | K | T | | | | | |
| 21. FMT International Value Opportunities (Tradewinds) | | None | L | T | | | | | |
| 22. FMT/DFA Emerging Markets Small-Cap | | None | K | T | Sold (part) | 11/01/14 | K | A | |
| 23. START LA Account | A | Int./Div. | J | T | | | | | |
| 24. ING Fixed Acount | A | Int./Div. | K | T | | | | | |
| 25. American Movil SA De CV ADR | | None | J | T | | | | | |
| 26. AT&T, Inc | A | Dividend | J | T | | | | | |
| 27. Capital One Financial Corp | A | Dividend | K | T | | | | | |
| 28. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 29. Che.vron Corp | A | Dividend | K | T | | | | | |
| 30. Chicago Bridge & Iron Co | A | Dividend | J | T | | | | | |
| 31. Comcast Corp Cl A | A | Dividend | J | T | | | | | |
| 32. Ford Motor co | A | Dividend | J | T | | | | | |
| 33. Gatx Corp | A | Dividend | J | T | | | | | |
| 34. General Electric Co | B | Dividend | L | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 01/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GlaxoSmithKline PLC | A | Dividend | J | T | | | | | |
| 36. Home Depot | A | Dividend | J | T | | | | | |
| 37. McDonalds | A | Dividend | J | T | | | | | |
| 38. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 39. Pepco Holdings Inc | A | Dividend | J | T | | | | | |
| 40. Pepsico Inc | A | Dividend | J | T | | | | | |
| 41. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 42. Southwest Airlines | A | Dividend | J | T | | | | | |
| 43. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 44. Tredegar Industries | A | Dividend | J | T | | | | | |
| 45. Verizon | A | Dividend | J | T | | | | | |
| 46. Allstate Corp | A | Dividend | J | T | | | | | |
| 47. Archer Daniels Miand co | A | Dividend | J | T | | | | | |
| 48. Ensco Intl PLC new (X) | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 49. Express Scripts Holding Co (X) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 50. Arthur Gallagher & Co | A | Dividend | K | T | | | | | |
| 51. Hancock Holding Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 01/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IBM | A | Dividend | J | T | | | | | |
| 53. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 54. Microsoft | A | Dividend | J | T | | | | | |
| 55. Rockwell Automation | A | Dividend | J | T | | | | | |
| 56. Rockwell Collins Inc | A | Dividend | J | T | | | | | |
| 57. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | # 58-intentionally blank |
| 59. UBS Ag new | A | Dividend | J | T | | | | | |
| 60. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 61. Walt Disney co | A | Dividend | J | T | | | | | |
| 62. Yum Brands | A | Dividend | J | T | | | | | |
| 63. Gabelli Equity Trust Co | A | Dividend | | | Sold | 07/01/14 | J | A | See Notes in Part VIII |
| 64. T Rowe Price Inst Mid Cap Equity Growth | A | Dividend | L | T | | | | | See Note in Part VIII |
| 65. Ishares MSCI EAFE Value Index Fund | A | Int./Div. | K | T | Sold (part) | 01/16/14 | J | A | |
| 66. Vanguard Short Term Bond Fund (X) | A | Dividend | K | T | Buy | 11/14/14 | K | | |
| 67. Vanguard Total Bond Market ETF (X) | A | Dividend | L | T | Buy | 11/14/14 | L | | See Notes in Part VIII |
| 68. Vanguard Total World Stock ETF | A | Dividend | M | T | Buy (add'l) | 10/16/14 | K | | See Notes in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard CRSP US Small Cap Value Ind (X) | A | Dividend | L | T | Buy | 08/13/14 | K | | See Notes in Part VIII |
| 70. ALPS Funds Aspen Managed Futures (X) | A | Dividend | K | T | Buy | 11/03/14 | J | | |
| 71. American Century Global Real Estate Inst (X) | A | Dividend | K | T | Buy | 08/13/14 | K | | |
| 72. Calamos Evolving World Grwth (X) | A | Dividend | K | T | Buy | 08/14/14 | K | | |
| 73. Fidelity Fds New Mkts Inc (X) | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 74. JP Morgan Strategic Income Opp Fd Select (X) | A | Dividend | K | T | Buy | 11/14/14 | K | | |
| 75. T Rowe Price Value Fund (X) | A | Dividend | K | T | Buy | 08/13/14 | K | | |
| 76. Templeton Emerg Markets Sm Cap Fd Adv (X) | A | Dividend | K | T | Buy | 08/13/14 | K | | |
| 77. Templeton Global Total Return Fund Adv (X) | A | Dividend | L | T | Buy | 08/14/14 | L | | See notes in Part VIII |
| 78. Thornburg Ltd-Term Inc Instl (X) | A | Dividend | K | T | Buy | 08/13/14 | K | | |
| 79. IPATH DJ-UBS Commodity Total Return ETN | | None | | | Sold | 11/03/14 | J | A | See note in Part VIII |
| 80. First Mercantile Trust, FFTW Income Plus | A | Dividend | K | T | | | | | See note in Part VIII |
| 81. Amazon Company Inc | | None | K | T | | | | | See Note in Part VIII |
| 82. | | | | | | | | | Line82 Intentionally blank |
| 83. Google Inc | | None | L | T | | | | | See Note in Part VIII |
| 84. Medtronic Inc. | A | Dividend | K | T | | | | | See Note in Part VIII |
| 85. SPDR Global Real Estate ETF | | None | J | T | Sold (part) | 01/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 01/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | SPDR Emerging Small Cap | | None | J | T | Sold (part) | 01/16/14 | J | A | |
| 87. | Vanguard Emerging Markets ETF | A | Int./Div. | J | T | Sold (part) | 01/16/14 | J | A | See note in Part VIII |
| 88. | Vanguard CRSP US Large Cap Value Ind | A | Dividend | K | T | Sold (part) | 01/16/14 | J | A | See note in Part VIII |
| 89. | ALPS Funds Aspen Managed Futures (X) | A | Dividend | J | T | Buy | 11/3/14 | J | | |
| 90. | MJ Holding Company, see assets below (H) | | | | | | | | | |
| 91. | Property #2, Napoleonville, LA | | None | J | W | | | | | |
| 92. | Property #4, Napoleonville, LA | | None | K | W | | | | | |
| 93. | Property #5, Napoleonville, LA | | None | K | W | | | | | |
| 94. | Airtap Communications, LLC | | None | J | U | | | | | |
| 95. | Multicom Investments, LLC | | None | J | U | | | | | |
| 96. | Vanguard Total World Stock Fund | | None | | | Sold (part) | 01/16/14 | J | A | See Note in Part VIII |
| 97. | Vanguard CRSP Small Cap Value Ind (X) | | None | | | Sold (part) | 01/16/14 | J | A | See Note in Part VIII |
| 98. | PIMCO Total Return (X) | A | Dividend | K | T | Buy | 11/01/14 | K | | See Note in Part VIII |
| 99. | DFA Int'l Core Equity Portfolio I (X) | A | Dividend | L | T | Buy | 11/01/14 | L | | See Note in Part VIII |
| 100. | DFA U.S. Small Cap Value Portfolio I (X) | C | Dividend | M | T | Buy | 11/01/14 | M | | See Note in Part VIII |
| 101. | Vanguard Inflation-Protected Sec (X) Admiral | A | Dividend | K | T | Buy | 11/01/14 | K | | See Note in Part VIII |
| 102. | DFA Intl Small Company Portfolio I (X) | B | Dividend | L | T | Buy | 11/01/14 | L | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 01/05/2016 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA Emerging Markets Core Equity (X) | A | Dividend | K | T | Buy | 11/01/14 | K | | See Note in Part VIII |
| 104. DFA U.S. Large Company Portfolio Inst (X) | A | Dividend | L | T | Buy | 11/01/14 | L | | See Note in Part VIII |
| 105. State Stree Bank and Trust Checking/ Savings Account | A | Interest | K | T | | | | | See Note in Part VIII |
| 106. Edward Jones Money Market Cash Account | A | Interest | K | T | | | | | See Note in Part VIII |
| 107. TDAM Municipal Portfolio Class A Cash | A | Interest | J | T | | | | | See Note in Part VIII |
| 108. FDIC Insured Deposit Account Cash | A | Interest | J | T | | | | | See Note in Part VIII |
| 109. CTB Money Market Cash Fund | A | Interest | J | T | | | | | See Note in Part VIII |
| 110. Vanguard Total World Stock ETF | A | Dividend | M | T | Buy (add'l) | 08/13/14 | K | | See Note in Part VIII |
| 111. Vanguard Total World Stock ETF | | | | T | Buy (add'l) | 09/16/14 | K | | See Note in Part VIII |
| 112. Vanguard CRSP US Small Cap Value Ind | A | Dividend | L | T | Buy (add'l) | 09/16/14 | K | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1
As a partner in MJ Holding Company, I do have the ability to direct or influence policy decisions which affect the purchase, exchange, sale, or disposition of the specific assets within this partnership; therefore, I have identified the assets of the partnership in Section 7, numbers 90-95

Part VIII

Argent Trust Company brokerage account assets were transferred to Ameritrade Account ▓▓▓▓

Transaction #1 - This asset is included in Cash accounts from Asset #28 on the 2013 FDR

Transaction #9 - Additional purchases in 2014 in 401(k) plan. This was Asset #84 on 2013 FDR.

Transactions #10 and #11 - Columbia Ppty Tr Inc was held in the Wells Real Estate Investment Trust in 2013. In 2014, these assets were moved and combined in the Ameritrade Individual Account ▓▓▓▓

Transaction #12 - The MetLife Mod/Agg Aloocation Portfolio was rolled over into Ameritrade IRA/Rollover account ▓▓▓▓ (The Ameritrade IRA/RO account is represented in Transaction numbers 65-78)

Transaction #34 - This was asset #4 on 2013 FDR.

Transaction #49 - Express Scripts was not reported on 2013 because it was valued at less than $1,000 on 12.31.13

Transaction #63 - Gabelli Healthcare & Wellness - Spin off of rights on 6/27/14 were sold with this transaction

Transaction #64 - This is the same asset as #9 on the 2013 FDR

Transaction #67 - This asset was purchased in 2 accounts. Jane Milazzo's IRA/RO account value for this asset was $56,176.34 and ▓▓▓▓ 401(k) account value for this asset was $39,544.04.

Transaction #77 - This asset was purchased in 2 accounts. Jane Milazzo's IRA/RO account value for this asset was $36,622.38 and ▓▓▓▓ 401(k) account value for this asset was $31,984.02.

Transaction #79 - IPATH DJ UBS Commodity Total Return ETN changed names from Barclays Bk PLC IPath Dow Jones AIG Commodity in 2013. This asset was #77 on the 2013 FDR.

Transaction #80 - Stable Value Fund was mistakenly not shown on the 2013 FDR.

Transaction #81 - This was asset #66 on the 2013 FDR.

Transaction #83 - This was asset #5 on 2013 FDR.

Transaction #84 - This was asset #68 on 2013 FDR.

Transaction #87 - The name on the 2013 report was Vanguard MSCI Emerging Markets ETF. This is the same fund.

Transaction #88 - This asset was transaction #81 on the 2013 FDR. The name is slightly different but the asset is the same.

Transaction #96 - This is the same asset as Transaction #68. There was addtional purchases and partial sales of this asset in 2014.

Transaction #97 - This is the same asset as Transaction #69. There were additional purchases and partial sales of this asset in 2014.

Transaction #98 - This asset was purchased in ▓▓▓▓ 401(k) account in the 4th quarter of 2014.

Transaction #99 - This asset was purchased in ▓▓▓▓ 401(k) account in the 4th quarter of 2014.

Transaction #100 - This asset was purchased in ▓▓▓▓ 401(k) account in the 4th quarter of 2014.

Transaction #101 - This asset was purchased in ▓▓▓▓ 401(k) account in the 4th quarter of 2014.

Transaction #102 - This asset was purchased in ▓▓▓▓ 401(k) account in the 4th quarter of 2014.

Transaction #103 - This asset was purchased in ▓▓▓▓ 401(k) account in the 4th quarter of 2014.

Transaction #104 - This asset was purchased in ▓▓▓▓ 401(k) account in the 4th quarter of 2014.

Transaction #105 - This asset was included in Transaction #28 Cash Accounts on 2013 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| **Milazzo, Jane T.** | 01/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Transaction #106 - This is the same asset as Transaction #29 on 2013 FDR.

Transaction #107- This asset was included in Transaction #28 Cash Accounts on 2013 FDR.

Transaction #108 - This asset was included in Transaction #28 Cash Accounts on 2013 FDR.

Transaction #109- This is the same asset as Transaction #65 on 2013 FDR. This is a money market account in the Janes Argent brokerage account.

Amended Financial Disclosure Report:

Transaction #9 - SPDR S&P 500 Trust - All purchases were under the reporting threshold of $1,000 per individual transaction.

Transaction #68 - Vanguard Total World Stock ETF - Detail of additional purchases reported on Transaction #110 and Transaction #111 per request

Transaction #69 - Vanguard CRSP US Small Cap Value Ind. - Detail of additional purchases reported on Transaction #112 per request

Transaction #80 - Corrected name for more specific detail per request

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jane T. Milazzo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544